JS-6

## U.S. DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSSEIN MOKHTARI, an individual<br><br>Plaintiff,<br><br>v.<br><br>ORACLE FINANCIAL GROUP, LLC;<br>UNITED PORTFOLIO SERVICING<br>LLC, and DOES 1-10;<br><br>Defendant. | Case No.: 2:15-cv-07234-PA-RAO<br><br>**COURT ORDER UPON PLAINTIFF'S MOTION FOR DISMISSAL, WITH PREJUDICE, PURSUANT TO RULE 41(a)** |

Pursuant to the motion of Plaintiff to dismiss this matter, with prejudice, pursuant to Rule 41(a), this matter is now dismissed with prejudice, and all pending dates, deadlines, and hearings are now vacated.

IT IS SO ORDERED.

DATED: December 7, 2015

_____

Honorable Judge of the U.S. District Court

1
COURT ORDER UPON MOTION FOR DISMISSAL, WITH PREJUDICE